**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1393

ZACHARIE K. KENGNE,

            Plaintiff - Appellant,

      v.

SALLY STRING; ELIZABETH (Owner of Liz Hair Design),

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:09-cv-00712-AW)

Submitted:  July 23, 2009          Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Zacharie K. Kengne, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zacharie K. Kengne appeals a district court order dismissing his complaint as frivolous. We have reviewed the record and agree with the district court that Kengne's complaint and his other filings are difficult to distill and do not contain a claim under the constitution, laws or treaties of the United States. Accordingly, we dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED